IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Morris, Shirley Ann

Printed: 12/28/07

Case Number: 04 B 32172
Judge: Squires, John H
Filed: 8/30/04

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: November 14, 2007
Confirmed: October 13, 2004

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 8,334.47 |  |
| Secured: |  | 5,205.14 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,700.00 |
| Trustee Fee: |  | 429.33 |
| Other Funds: |  | 0.00 |
| Totals: | 8,334.47 | 8,334.47 |

## DISBURSEMENT DETAIL

|  | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Peter F Geraci | Administrative | 2,700.00 | 2,700.00 |
| 2. | Triad Financial Services | Secured | 5,676.59 | 5,205.14 |
| 3. | SLMA Trust | Unsecured | 6,998.91 | 0.00 |
| 4. | Triad Financial Services | Unsecured | 380.99 | 0.00 |
| 5. | Smart975/Bank One | Unsecured | 203.70 | 0.00 |
| 6. | Illinois Dept Of Public Aid | Unsecured | 178.70 | 0.00 |
| 7. | City Of Chicago Dept Of Revenue | Unsecured | 27.00 | 0.00 |
| 8. | Commonwealth Edison | Unsecured | 19.11 | 0.00 |
| 9. | Central Medical | Unsecured |  | No Claim Filed |
| 10. | AT&T | Unsecured |  | No Claim Filed |
| 11. | Elmhurst Emergency Med Service | Unsecured |  | No Claim Filed |
| 12. | Illinois Dept Of Employment Sec | Unsecured |  | No Claim Filed |
| 13. | Our Lady of Resurrection | Unsecured |  | No Claim Filed |
| 14. | Resurrection Hospital | Unsecured |  | No Claim Filed |
| 15. | Student Loan Corp | Unsecured |  | No Claim Filed |
| 16. | West Suburban Hospital | Unsecured |  | No Claim Filed |
|  |  |  | $ 16,185.00 | $ 7,905.14 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 135.08 |
| 4% | 37.66 |
| 3% | 32.95 |
| 5.5% | 146.69 |
| 5% | 49.62 |

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Morris, Shirley Ann

Printed: 12/28/07

Case Number: 04 B 32172
Judge: Squires, John H
Filed: 8/30/04

```
              4.8%                  21.93
              5.4%                   5.40
                              _____
                               $ 429.33
```

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

                                        Marilyn O. Marshall, Trustee, by:

                                        _____